JAN 24 2023

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Rudy Padilla, ) <br> ) <br> Defendant. ) <br> _____) | Case No.: CR 10-0454-CAS <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District/California for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _no known bail resources, allegations of the petition,_

1 | _no stable residence, apparent ongoing substance abuse_

2

3

4 | and/or

5 B. (✓) The defendant has not met (his)/her burden of establishing by
6 clear and convincing evidence that (he)/she is not likely to pose
7 a danger to the safety of any other person or the community if
8 released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 on: _prior revocation, apparent ongoing substance abuse,_
10 _possibly when caring for his infant daughter, lengthy criminal_
11 _history_

12

13

14 IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.

16

17 Dated: _Jan 24, 2023_                  /s/ Jean Rosenbluth
18                                        JEAN ROSENBLUTH
                                          U.S. MAGISTRATE JUDGE

2