O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR10-454-CAS - 1 |
| Plaintiff, | |
| v. | FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| RUDY PADILLA, | |
| Defendant. | |

On February 13, 2023, this matter came before the Court on Petition on Probation and Supervised Release originally filed on January 4, 2023. Government counsel, Jennifer Chou, the defendant and his appointed Deputy Federal Public Defender attorney, James Threatt, were present. The U.S. Probation Officer, Lucy Salas, was also present.

The defendant admitted the allegations, in violation of his supervised release, as stated in the Petition filed on January 4, 2023. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on August 9, 2010 and May 25, 2022.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release is hereby revoked. Defendant is hereby committed to the custody of the Bureau of Prisons for a term of six (6) months, with no supervision to follow.

///

1  IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the
2 United States Marshal or other qualified officer and that said copy shall serve as the
3 commitment of defendant.

4 FILE/DATED:     February 13, 2023

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT

By: _____
       Catherine M. Jeang, Deputy Clerk